## CAUDELL *v.* SOUTHERN RAILWAY COMPANY.

119  21
124 875

SIMMONS, C. J. 1. Section 4130 of the Civil Code, which provides the mode of proof and defense in a suit in a justice's court upon an open account, does not apply to an " action for damage and loss or destruction of goods " by a common carrier, although an itemized list of the articles and their values is attached to the summons and sworn to as correct.

2. The ruling to the contrary, made by the magistrate, involved only a question of law, and a certiorari from his decision was the proper remedy.

*Judgment affirmed. All the Justices concur.*

Submitted November 3,—Decided November 14, 1903.

Certiorari. Before Judge Kimsey. Habersham superior court. March 5, 1903.

*J. L. Perkins* and *J. C. Edwards*, for plaintiff.
*J. J. Bowden* and *J. J. Strickland*, for defendant.

---

## STUBBS *et al. v.* McCONNELL.

119  21
Case 2
120 542
119  21
Case 1
f123 713
119  21
Case 2
130  61
130  62
f130 741

FISH, P. J. 1. An order dissolving, vacating, or modifying an interlocutory injunction and appointment of a receiver is not reviewable by a " fast " writ of error. *Bacon* v. *Capital City Bank*, 105 *Ga.* 700 ; *Smith* v. *Willis*, 107 *Ga.* 792, and cases cited. This was, in effect, ruled in this case at the last term.

2. As such an order is not a final adjudication of the case, a writ of error sued out to review the same is premature and must be dismissed. Civil Code, § 5526.     *Writ of error dismissed. All the Justices concur.*

Argued November 3, — Decided November 14, 1903.

Motion to dismiss the writ of error.

*H. H. Dean* and *H. H. Perry*, for plaintiffs.
*J. B. Jones*, for defendant.